Order Michigan Supreme Court
 Lansing, Michigan

 November 25, 2014 Robert P. Young, Jr.,
 Chief Justice

 148361 Michael F. Cavanagh
 Stephen J. Markman
 Mary Beth Kelly
 Brian K. Zahra
 Bridget M. McCormack
 PEOPLE OF THE STATE OF MICHIGAN, David F. Viviano,
 Plaintiff-Appellee, Justices

 v SC: 148361
 COA: 318271
 Wayne CC: 13-002468-FC
 ALTON HUBBARD,
 Defendant-Appellant.

 ____________________________________/

 By order of April 28, 2014, the application for leave to appeal the December 5,
 2013 order of the Court of Appeals was held in abeyance pending the decision in People
 v Cunningham (Docket No. 147437). On order of the Court, the case having been
 decided on June 18, 2014, 496 Mich 145 (2014), the application is again considered and,
 pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case
 to the Court of Appeals for reconsideration of the defendant’s issue regarding the Wayne
 Circuit Court’s assessment of court costs. On remand, the Court of Appeals shall hold
 this case in abeyance pending its decision in People v Konopka (Court of Appeals
 Docket No. 319913). After Konopka is decided, the Court of Appeals shall reconsider
 the defendant’s issue in light of People v Cunningham, 496 Mich 145 (2014), and
 Konopka. It shall then deny or grant the application on this issue, or otherwise exercise
 its authority under MCR 7.216(A)(7). In all other respects, leave to appeal is DENIED,
 because we are not persuaded that the remaining questions presented should be reviewed
 by this Court.

 I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
 foregoing is a true and complete copy of the order entered at the direction of the Court.
 November 25, 2014
 h1117
 Clerk